AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:26-cv-06208

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* botairdvd and all other Defendants identified in the Cor
was received by me on *(date)* 08/10/2026 .

☐ I personally served the summons on the individual at *(place)* ______ on *(date)* ______ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ______ , a person of suitable age and discretion who resides there, on *(date)* ______ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* ______ , who is designated by law to accept service of process on behalf of *(name of organization)* ______ on *(date)* ______ ; or

☐ I returned the summons unexecuted because ______ ; or

☑ Other *(specify)*: On August 11, 2026, I sent an email to each email address provided by the third party for the Defendants listed on Schedule B. The email contained a link to the website where the Summons, Complaint, and Court' s Order authorizing electronic service were published.

My fees are $ ______ for travel and $ ______ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 08/11/2026

Jianxu Lam

*Server's signature*

Jianxu Lam

*Printed name and title*

______

*Server's address*

Additional information regarding attempted service, etc: