# Schedule B

| No. | Def. No. | Store Name |
|---|---|---|
| 1 | 9 | botairdvd |
| 2 | 11 | baozitoulinchong |
| 3 | 15 | Fuwei general merchandise business |
| 4 | 16 | vrvgbnymujm |
| 5 | 20 | yiHEng |
| 6 | 21 | ZZCYDZSW-US |
| 7 | 30 | FoshanXiaofengqingCrossborderE-commerceCo., Ltd |
| 8 | 31 | huizhoushiyoulicanyinguanliyouxiangongsi |
| 9 | 35 | lishuishiyanjunyunshuyouxiangongsi |
| 10 | 36 | nananshiruiwangkouqiangmenzhenyouxiangongsi |
| 11 | 37 | nananshiyuankaishiyeyouxianzerengongsi |
| 13 | 43 | Flyyun |
| 16 | 55 | Yuguoshop |
| 17 | 57 | yingXR |
| 18 | 63 | FengGai |
| 19 | 65 | Jacksking |
| 20 | 66 | MGtsg |
| 21 | 67 | fujianhytmaoyi188 |
| 22 | 68 | Laiyingmaoyi |
| 23 | 72 | ZhangZhiFa1514 |
| 24 | 82 | HanaHut |
| 25 | 85 | qilaingshiye |
| 26 | 90 | frengen |
| 27 | 91 | niwenjian-us |
| 28 | 93 | jianoushidalinjiajuyouxiangongsi |
| 29 | 94 | ningdeshishuweizhinengjiajuyouxiangongsi |
| 30 | 95 | ZaoZhuangMingJiaJiaJuDingZhiYouXianGongSi |
| 31 | 96 | Tidecus |
| 32 | 97 | TheGlimmerGuru |
| 33 | 99 | jnximn |
| 34 | 101 | xlulu |
| 35 | 102 | lixian hair |
| 36 | 105 | leijiankejiyo |
| 37 | 106 | lishananshdg |
| 38 | 107 | likeyaoyao |
| 39 | 108 | Liukiang |
| 40 | 109 | liudehubune |
| 41 | 112 | liunaliuna1028 |
| 42 | 115 | Ronhui |
| 43 | 117 | IVJ Electronics Products Shop US-AND |

| | | |
|---|---|---|
| 44 | 121 | Mooqee |
| 46 | 124 | ChuangShiJiaoYuKeJi |
| 47 | 125 | tanjianxinxizixunArt |
| 48 | 126 | wanglishajingpin |
| 49 | 128 | Mateholdly US Store |
| 51 | 135 | 笙达玥 |
| 52 | 136 | Tarkov |
| 53 | 137 | Home Sweet Home1 |
| 54 | 138 | meijunshangmao |
| 55 | 141 | Zhangchaoichao |
| 56 | 143 | wangxiao444 |
| 57 | 144 | Charlotte Eleanor |
| 58 | 146 | 比得缶贸易 |
| 59 | 147 | 蓝途广告 |
| 60 | 149 | 铭汐泉餐饮服务 |