**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| Abudukahaer Maimaitiaizezi, | |
| Plaintiff, | Case No.: 1:26-cv-06208 |
| v. | Honorable John J. Tharp, Jr |
| The Partnerships and Unincorporated Associations Identified on Schedule A, | |
| Defendants. | |

**PLAINTIFF'S RESPONSE TO AMAZON'S MOTION TO STAY AND MOTION TO TERMINATE TURNOVER OBLIGATIONS**

Plaintiff Abudukahaer Maimaitiaizezi respectfully moves to terminate Amazon.com, Inc.'s outstanding obligations to deduct or transfer funds to Plaintiff under Orders [30], [36], and [39], to the extent those Orders impose such obligations, and to deny Amazon's motion to stay [Dkt. 55] as moot. In support, Plaintiff states:

1. Amazon seeks a temporary stay of transfers under Orders [30], [36], and [39].

2. Plaintiff filed a Satisfaction of Judgment as to the Defendants identified therein [Dkt. 50] and Notices of Dismissal as to the remaining Defendants [Dkts. 49 and 51]. On October 1, 2026, counsel provided Amazon with Notices of Dismissal and advised that Plaintiff no longer requested enforcement of Orders [30], [36], and [39]. Ex. A.

3. Amazon replied later on October 1 that release of the sellers identified in the Notices was in process. Ex. A. On October 2, 2026, Central Time, counsel provided the Satisfaction and both Notices, confirmed that all Defendants had been dismissed or released, and expressly stated that Plaintiff unconditionally and irrevocably waived further payment from Amazon under Orders

[30], [36], and [39] and would not seek their enforcement against Amazon. Ex. B.[1] These communications preceded Amazon's October 2 motion.

4. Plaintiff unconditionally and irrevocably waives all rights to additional payment or turnover from Amazon under those four Orders, including the Judgment Order [47]. Plaintiff will not seek enforcement, contempt, damages, or other relief against Amazon based on its failure to make additional deductions or transfers under them.

5. To implement this unconditional and irrevocable waiver, Plaintiff requests modification of the foregoing Orders solely to terminate Amazon's outstanding deduction and transfer obligations to Plaintiff.

6. Once those obligations are terminated, no further transfers to Plaintiff will remain to be stayed, and Amazon's motion to stay [Dkt. 55] will be moot. Plaintiff respectfully requests resolution on the papers to avoid unnecessary additional proceedings.

WHEREFORE, Plaintiff respectfully requests that the Court enter an order: (a) terminating Amazon's outstanding obligations to deduct or transfer funds to Plaintiff under Orders [30], [36], and [39]; (b) denying Amazon's motion to stay [Dkt. 55] as moot.

DATED: October 3, 2026

Respectfully submitted,

/s/ Qin Zhuang
Qin Zhuang
870 Sunset Ave, Haworth, NJ 07641
201-905-4195
zhuangqin@zhuangip.com
***Counsel for Plaintiff***

[1] The email's reference to "26-cv-6028" was a typographical error; it concerned this action, No. 26-cv-6208.

## CERTIFICATE OF SERVICE

I certify that on October 3, 2026, I electronically filed the foregoing response and motion with the Clerk of the Court using the CM/ECF system, which will send notice of electronic filing to all registered counsel of record.

*/s/ Qin Zhuang*

Qin Zhuang